IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VERIZON VIRGINIA, LLC,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:15cv171

XO COMMUNICATIONS, LLC,
et al.,

    Defendants.

## ORDER

Having considered the UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (Docket No. 5), and there being no objection by the plaintiffs, it is hereby ORDERED that the UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (Docket No. 5) is granted. It is further ORDERED that the defendants, XO Communications, LLC and XO Virginia, LLC, shall file their Answers and any other motions with respect to the Complaint by May 13, 2015 2015.

    It is so ORDERED.

                                          /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: March 31, 2015