**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| VERIZON VIRGINIA LLC, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:15-CV-00171-REP |
| XO COMMUNICATIONS, LLC, *et al.*, | |
| Defendants. | |

**<u>STIPULATION OF DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Counterclaim Defendants

Verizon Virginia LLC, Verizon Delaware LLC, Verizon Maryland LLC, Verizon New England

Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon North LLC, Verizon

Pennsylvania LLC, Verizon South Inc., Verizon Washington, D.C. Inc., and Verizon Services

Corp. (together, "Verizon"); Plaintiffs and Counterclaim Defendants Frontier Southwest

Incorporated f/k/a GTE Southwest Incorporated, d/b/a Verizon Southwest, Frontier California

Inc. f/k/a Verizon California Inc., and Frontier Florida LLC f/k/a Verizon Florida, LLC

(together, "Frontier"); and Defendants and Counterclaim Plaintiffs XO Communications, LLC,

XO Communications Services, LLC, and XO Virginia, LLC (together, "XO"), hereby stipulate

to dismissal of this case with prejudice, including any rights to sanctions, attorneys' fees, court

costs, or any other relief, except that the Court shall retain jurisdiction to enforce the terms of the

Memorandum of Understanding Regarding Settlement Agreement ("MOU") between Verizon

and XO, including any orders of the Magistrate under Section 5 of the MOU, as well as the terms

of the final settlement agreement between Verizon and XO.  Each party shall bear its own fees

and costs.

Date:  May 25, 2016                                       Respectfully Submitted,


_____/s/_____                    _____/s/_____
Jeremy S. Byrum (VSB # 70864)                         L. Lee Byrd (VSB # 28662)
McGuireWoods LLP                                      Sands Anderson PC
Gateway Plaza                                         1111 East Main Street, Suite 2400
800 East Canal Street                                 (zip = 23219)
Richmond, VA 23219                                    P.O. Box 1998
(804) 775-4305                                        Richmond, VA 23218-1998
jbyrum@mcguirewoods.com                               (804) 648-1636
                                                      lbyrd@sandsanderson.com


Scott H. Angstreich (*pro hac vice*)                  Robert G. Scott, Jr. (VSB # 27632)
Daniel G. Bird (*pro hac vice*)                       Christopher W. Savage (*pro hac vice*)
Kellogg, Huber, Hansen, Todd,                         Davis Wright Tremaine LLP
  Evans & Figel, P.L.L.C.                             1919 Pennsylvania Avenue, N.W., Suite 800
1615 M Street NW, Suite 400                           Washington, D.C. 20006
Washington, D.C. 20036                                (202) 973-4200
(202) 326-7900                                        bobscott@dwt.com
sangstreich@khhte.com                                 chrissavage@dwt.com
dbird@khhte.com

                                                      *Counsel for XO*
*Counsel for Verizon and Frontier*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2016, I electronically filed the foregoing using the Court's CM/ECF system, which will then send a notification of such filing ("NEF") to all counsel of record.

_____/s/_____

Jeremy S. Byrum (VSB # 70864)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-4305
jbyrum@mcguirewoods.com

*Counsel for Verizon and Frontier*